UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 15-10590-WRS
                                                         Chapter 13
GENO I. GORDON,

    Debtor

GENO I. GORDON,

    Plaintiff                                          Adv. Pro. No. 17-1117-WRS

  v.

PACIFIC UNION FINANCIAL LLC and
PROCTOR FINANCIAL INC.,

    Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

On April 17, 2018, Defendant Pacific Union Financial, LLC, filed a motion for summary judgment. (Doc. 14). On May 4, 2018, Defendant Proctor Financial, Inc., joined in the motion. (Doc. 15). On May 18, 2018, this Court entered an order requiring the Plaintiff to respond to the Motion for Summary Judgment by June 1, 2018. (Doc. 17). No response has been filed by the Plaintiff. The motion is GRANTED BY DEFAULT, this adversary proceeding is DISMISSED WITH PREJUDICE.

Done this 19th day of June, 2018.

*/s/ William R. Sawyer*

United States Bankruptcy Judge

c: Anthony B. Bush, Attorney for Plaintiff
   Amanda Beckett, Attorney for Pacific Union
   Charles Steven Ball, Attorney for Proctor Financial Inc.